ACCEPTED
03-14-00682-CR
5205972
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/8/2015 10:07:41 AM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-14-00682-CR

| | | |
|---|---|---|
| PETER EZEBUNWA<br>Appellant, | §<br>§<br>§<br>§ | IN THE THIRD COURT |
| V. | §<br>§ | OF APPEALS |
| THE STATE OF TEXAS<br>Appellee, | §<br>§<br>§ | STATE OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/8/2015 10:07:41 AM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES PETER EZEBUNWA, Appellant, by and through their attorney, Amber Vazquez Bode, and file this **Motion for Extension of Time to File Appellant's Brief**. In support thereof Appellant offers as follows:

1.  According to the Texas Rules of Appellate Procedure Rule 38.6 Time to File Briefs:

"**(a) Appellant's Filing Date**. Except in a habeas corpus or bail appeal, which is governed by Rule 31, an appellant must file a brief within 30 days-20 days in an accelerated appeal-after the later of:

> (1)  The date the clerk's record was filed; or
>
> (2)  The date the reporter's record was filed."

2.  The Reporter's Record was filed on March 2, 2015.

3.  The Clerk's record was filed on February 5, 2015.

4.   The appellant's brief was due on May 6, 2015 according to Rule 38.6.

5.   Appellant hereby requests an extension of 30 days due to the stated reasons.   Pursuant to the Texas Rules of Appellate Procedure the Appellant has the right to request an extension of time.  It states,

**"(d) Modifications of Filing Time.**  On motion complying with Rule 10.5 (b), the appellate court may extend the time for filing a brief and may postpone submission of the case.  A motion to extend the time to file a brief may be filed before or after the date the brief is due.  The court may also, in the interests of justice, shorten the time for filing briefs and for submission of the case."

Appellant respectfully requests a brief extension of 30 days in order to receive proper research for the case.  Appellant requests that the time period designated by Texas Rules of Appellate Procedure 38.6 (d) be applied and that Appellant have and extension of time to file the brief.

The Appellant respectfully requests that this court GRANT the Motion for Extension of Time to File Appellant's Brief.

Respectfully submitted,

Amber Vazquez Bode
State Bar No. 24039225
The Vazquez Law Firm
1004 West Ave.
Austin, Texas 78701
(512) 220-8507 (telephone)
(512) 480-0760 (facsimile)
amberv@lawyers.com
**COUNSEL FOR APPELLANT**

## CERTIFICATE OF SERVICE

I, AMBER VAZQUEZ BODE, Attorney for Appellant, do hereby certify that a true and correct copy of the above and foregoing **Motion for Extension of Time to File Appellant's Brief** has been served electronically on May 6, 2015.

AMBER VAZQUEZ BODE
Attorney for Appellant

Third Court of Appeals
Price Daniel Sr. Bldg.
209 West 14th Street, Room 101
Austin, Texas 78701

Ms. Ellie Klemens
Court Reporter
427th Judicial District Court
Blackwell-Thurman Justice Center
509 West 11th Street-3rd Floor
Austin, Texas 78701
Facsimile: (512) 854-2227

Travis County District Attorney
Appellate Division
509 West 11th Street
Austin, Texas 78701
Facsimile: (512) 854-9695

Travis County District Clerk
509 West 11th Street, Room 1.400
Austin, Texas 78701
Facsimile: (512) 854-4566

The Honorable Wilford Flowers
427th District Court
Blackwell-Thurman Justice Center
509 West 11th Street
Austin, Texas 78701
Facsimile: (512) 854-2227

## CAUSE NO. 03-14-00682-CR

| PETER EZEBUNWA | § | IN THE THIRD COURT |
|---|---|---|
| Appellant, | § | |
| | § | |
| | § | |
| V. | § | OF APPEALS |
| | § | |
| | § | |
| THE STATE OF TEXAS | § | STATE OF TEXAS |
| Appellee, | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

After considering the **Motion for Extension of Time to File Appellant's Brief** the Court has determined that the motion is OF MERIT and is GRANTED/DENIED.

IT IS SO ORDERED on this _____ day of _____, 2015.

_____
JUDGE PRESIDING